IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY NELSON,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**IMAPDATA.COM, INC.,**<br><br>    **Defendant.** | Case No. 1:06-cv-01600-CKK |

**DEFENDANT'S DISCLOSURE OF**
**CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Defendant iMapData Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of iMapData Inc. that have any outstanding securities in the hands of the public:

(1)   ChoicePoint Inc.

This representation is made in order that judges of this Court may determine the need for recusal.

Dated:  October 20, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.

  /s/  Erik C. Johnson
Erik C. Johnson (D.C. Bar No. 484447)
1150 17th Street, NW, Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile

Attorney for Defendant iMapData Inc.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006, a true and correct copy of the foregoing *Defendant's Disclosure of Corporate Affiliations and Financial Interests* was served by regular U.S. mail, postage prepaid, upon the following:

>David U. Fierst, Esq.
>Stein, Mitchell & Mezines, LLP
>1100 Connecticut Avenue, Suite 1100
>Washington, D.C. 20036
>
>Attorney for Plaintiff Nancy Nelson

    /s/  Erik C. Johnson
Erik C. Johnson