## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CLUMBIA

Nancy Nelson
5758 MacArthur Blvd., N.W.,
Washington, D.C.  20016
    Plaintiff

v.                                                              Civil Action No. 1:06-cv-01600-CKK

iMapData Inc.
1410 Spring Hill Road
Suite 300
McLean, VA 22102
    Defendant

**CONSENT MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiff Nancy Nelson hereby moves with the consent of defendant iMapData Inc. for leave to amend the Complaint.  The amendment is necessary to correct two non-substantive errors in the initial Complaint that were pointed out in defendant's Answer.  They are:

1. The defendant's proper name is iMapData Inc., not iMapData.com, Inc, which is the name under which it does business.

2. The defendant is incorporated in Delaware and has its principal place of business in Virginia, not Georgia.  Because plaintiff is a citizen of the District of Columbia, this correction does not affect diversity jurisdiction.

Defendant iMapData Inc. consents to this motion.

1

2

An Amended Complaint is filed with this motion.

          Respectfully submitted,

/s/ David U. Fierst
David U. Fierst (#912899)
Stein, Mitchell & Mezines LLP.
1100 Connecticut Ave.
Suite 1100
Washington D.C. 20036
dfierst@steinmitchell.com
Tel: (202) 737-7777
Fax: (202) 296-8312