IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY NELSON,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**IMAPDATA INC.,**<br><br>      **Defendant.** | Case No. 1:06-cv-01600-CKK |

**PARTIES' JOINT PROPOSED SCHEDULING ORDER**

Upon consideration of the Parties' Joint Local Civil Rule 16.3 Report, it is hereby ORDERED that:

1. This case shall proceed with the following deadlines:

   | | | |
   |---|---|---|
   | a. | Initial Disclosures Due | December 15, 2006 |
   | b. | Amend Complaint/Join Parties | December 15, 2006 |
   | c. | Discovery Closed | April 16, 2007 |
   | d. | Dispositive Motions to be Filed | May 16, 2007 |
   | e. | Oppositions to Dispositive Motions | June 15, 2007 |
   | f. | Replies to Oppositions to Dispositive Motions | June 29, 2007 |

2. Each party is limited to a maximum of twenty-five (25) interrogatories and ten (10) depositions.

3. Should it be necessary, the parties' pretrial conference shall be scheduled thirty (30) to sixty (60) days following the Court's decision on dispositive motions.

2

This _____ day of _____, 2006.

                                              _____
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge