IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**NANCY NELSON,**

      **Plaintiff,**

      v.

**IMAPDATA INC.,**

      **Defendant.**

Case No. 1:06-cv-01600-CKK

Discovery Deadline: May 18, 2007

Status Conference: June 22, 2007

## PARTIES' STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to the Court's Scheduling Order on November 17, 2006, Plaintiff Nancy Nelson and Defendant iMapData Inc. hereby submit their Status Report as to Discovery Plan. In addition to the deadlines set forth in the Court's Order, counsel for the parties have agreed to the following discovery deadlines:

1. The parties agree to serve their first sets of interrogatories and requests for the production of documents by December 22, 2006.

2. The parties agree that their responses and objections to interrogatories and requests for production of documents shall be served by January 24, 2007.

3. The parties agree that the deposition of Plaintiff Nancy Nelson shall be taken on or about February 15, 2007.

4. The parties agree that the depositions of Steve Rubley and Jim Zimbardi shall be taken on or about February 21, 2007.

5. The parties agree that the depositions of Bill Lilley and Ed Frankenburg shall be taken on or about February 27, 2007.

6. The parties agree that the deposition of iMapData Inc.'s Rule 30(b)(6) witness, if necessary, shall be taken on or about March 1, 2007, and that they will seek to schedule the deposition of former iMap employee, Jim Webster, for March 1, 2007, as well.

7. To the extent that unexpected and unavoidable scheduling conflicts arise with respect to these depositions, or the need to take further depositions later becomes apparent, the parties agree that they will take all necessary steps to schedule mutually convenient, alternative dates within the discovery period and without seeking the Court's intervention.

8. To the extent that additional written discovery requests are necessary, the parties agree that they shall serve them no later than April 13, 2007.

Respectfully submitted,

Dated: December 8, 2006

/s/ David U. Fierst
David U. Fierst (D.C. Bar No. 912899)
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue, Suite 1100
Washington, DC 20036
(202) 737-7777 (telephone)
(202) 296-8312 (facsimile)

Counsel for Plaintiff Nancy Nelson

/s/ Erik C. Johnson
Erik C. Johnson (D.C. Bar No. 484447)
Littler Mendelson, P.C.
1150 17th Street, NW, Suite 900
Washington, DC 20036
(202) 842-3400 (telephone)
(202) 842-0011 (facsimile)

Counsel for Defendant iMapData Inc.