# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CLUMBIA

Nancy Nelson
5758 MacArthur Blvd., N.W.,
Washington, D.C.  20016
     Plaintiff

v.                           Civil Action No. 1:06-cv-01600-CKK

iMapData Inc.
1410 Spring Hill Road
Suite 300
McLean, VA 22102
     Defendant

## CONSENT MOTION FOR LEAVE TO AMEND THE COMPLAINT

Plaintiff Nancy Nelson hereby moves with the consent of defendant iMapData for leave to amend the complaint to add a claim for *quantum meruit*. The proposed amended complaint is attached.

The complaint currently includes a claim for unjust enrichment.  Count IV. Unjust enrichment and *quantum meruit* are similar causes of action, and overlap to some extent.  See, e.g., *News World Communications, Inc. v. Thompsen*, 878 A.2d 1218, 1223 (D.C. 2005).  However, there are some differences, and *quantum meruit* can apply in some situations where unjust enrichment does not. See, for example, *Lee v. Foote*, 481 A.2d 484, 486 (D.C. 1984) ("*Quantum meruit* may refer to either an implied contractual or quasi-contractual duty requiring compensation for services rendered ....  When the recovery is of the quasi-contractual sort it is in the nature of restitution; it is based on the principle of unjust enrichment and not on a contract").  As explained in *Emerine v.*

1

*Yancey*, 680 A.2d 1380, 1383 (D.C. 1996), *quantum meruit* relates to a contract implied in fact, while unjust enrichment involves a contract implied in law. Consequently, plaintiff seeks to amend the complaint to add a claim for *quantum meruit*. Count VI.

The deadline set in the scheduling order for amending the complaint is December 15. The complaint was amended once before to correct technical matters raised in the defendant's answer. The parties have not yet begun taking discovery.

Defendant consents to this motion.

/s/ David U. Fierst
David U. Fierst (#912899)
Stein, Mitchell & Mezines LLP.
1100 Connecticut Ave.
Suite 1100
Washington D.C. 20036
dfierst@steinmitchell.com
Tel: (202) 737-7777
Fax: (202) 296-8312