IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CLUMBIA

Nancy Nelson
5758 MacArthur Blvd., N.W.,
Washington, D.C.  20016
    Plaintiff

v.                       Civil Action No. 1:06-cv-01600-CKK

iMapData Inc.
1410 Spring Hill Road
Suite 300
McLean, VA 22102
    Defendant

### PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

**A.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.**

1. Nancy Nelson
c/o Stein, Mitchell & Mezines

2. Ed Frankenberg
c/o iMapData

3. Giselle Jones
c/o iMapData

4. Bill Lilly
c/o iMapData

5. Steve Rubly
c/o iMapData

6. Jim Webster
c/o iMapData

7. Jim Zimbardi
c/o iMapData

Ms. Nelson is likely to have discoverable information on most subjects at issue in this case, except perhaps relating to internal action of iMapData.

The six iMapData employees and former employee are likely to have discoverable information relating to the internal decisionmaking at iMapData relating to the payment of commissions.  Mr. Webster is also likely to have discoverable information relating to Ms. Nelson's question whether her deals in the pipeline would be subject to the Limitations and Adjustments provision of the Sales Incentive Plan.

**B.      RELEVANT DOCUMENTS AND THINGS**

1. 2006 ChoicePoint Government Services Federal Account Executive (Data) Sales Incentive Plan

2. email between Ms. Nelson and Jim Webster relating to the Sales Incentive Plan, commissions from the Department of Homeland Security contract, and related topics

3. Weekly Meeting Notes

4. Weekly Reports

5. Commission Spread Sheets

6. email between Ms. Nelson and Steve Rubly relating to the commissions from the Department of Homeland Security contract

**C.      COMPUTATION OF DAMAGES**

Ms. Nelson is entitled to:

1. The difference between $161,550 earned and $72,697.50 paid, plus

2. Lost commissions in an amount to be determined on Billed Revenue post-dating the termination of her employment, plus

3. Reimbursement of expenses in an amount to be determined, plus

4. Punitive damages in an amount to be determined, plus

5. Liquidated damages pursuant to D.C. Code §32-1303(d), plus

2

6. Costs of the action, including reasonable attorney's fees, pursuant to D.C. Code §32-1308, plus

7. Pre-judgment interest.

**D.     INSURANCE AGREEMENTS**

Not applicable.

/s/ David U. Fierst
David U. Fierst (#912899)
Stein, Mitchell & Mezines LLP.
1100 Connecticut Ave.
Suite 1100
Washington D.C. 20036
dfierst@steinmitchell.com
Tel: (202) 737-7777
Fax:  (202) 296-8312

3