IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY NELSON,** | |
| **Plaintiff,** | Case No. 1:06-cv-01600-CKK-AK |
| v. | Discovery Deadline: May 18, 2007 |
| **IMAPDATA INC.,** | Status Conference: June 22, 2007 |
| **Defendant.** | |

## PARTIES' JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Nancy Nelson and Defendant iMapData Inc. hereby jointly move for a Protective Order to be entered in connection with the above-captioned lawsuit. The parties seek a Protective Order to protect confidential and sensitive information regarding Plaintiff Nancy Nelson and confidential, proprietary and/or sensitive commercial information regarding Defendant iMapData Inc., as well as confidential personnel and financial documents and information related to current and/or former employees of Defendant, who are not parties to this action.

Plaintiff and Defendant are willing to produce such relevant, non-objectionable documents responsive to discovery requests that contain such confidential, proprietary and/or sensitive information, so long as all parties agree to limit such use of information solely to this action and in strict accordance with the terms and conditions of this Protective Order. Therefore, to preclude discovery disputes and to protect against the unauthorized dissemination and use of such information disclosed through discovery in this action, the parties hereby voluntarily agree and stipulate to the entry of the Protective Order attached hereto as Exhibit A.

2

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant their Joint Motion for Protective Order and enter the Order attached hereto.

Respectfully submitted this 7th day of February, 2007.

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| /s/ David U. Fierst | /s/ Erik C. Johnson |
| David U. Fierst (Bar No. 912899) | Erik C. Johnson (Bar No. 484447) |
| Stein, Mitchell & Mezines, LLP | Littler Mendelson, P.C. |
| 1100 Connecticut Avenue | 1150 17th Street, N.W. |
| Suite 1100 | Suite 900 |
| Washington, D.C. 20036 | Washington, D.C. 20036 |
| (202) 737-7777 (phone) | (202) 842-3400 (phone) |
| (202) 296-8312 (fax) | (202) 842-0011 (fax) |