UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY NELSON**  :  <br> : <br> Plaintiff  : <br> : <br> v.  : <br> : <br> **IMAPDATA.COM, INC.**  : <br> : <br> Defendant  : | Civil Action No. **06cv1600** <br> Judge Colleen Kollar-Kotelly |

**ORDER**

On June 15, 2007, the Court received notice from counsel for defendant, that the parties have reached a settlement in principle.

Accordingly, it is this  15th  day of June, 2007,

**ORDERED** that this case is **DISMISSED**.  The dismissal shall be without prejudice for a period of  30  days [until July 15, 2007] from the date of this Order.  Should counsel fail to move to extend or to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed **with** prejudice.

                                                          /s/
                                    JUDGE COLLEEN KOLLAR-KOTELLY
                                        United States District Judge