**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Nancy Nelson,

    Plaintiff,

v.                                Civil Action No. 1:06-cv-01600-CKK

iMapData Inc.,

    Defendant.

**NOTICE OF DISMISSAL**

Pursuant to F.R.Civ.P. 41(a)(1)(ii), please take notice that this action is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

    /s/ David U. Fierst
    David U. Fierst (#912899)
    Stein, Mitchell & Mezines LLP.
    1100 Connecticut Ave.
    Suite 1100
    Washington D.C. 20036
    dfierst@steinmitchell.com
    Tel: (202) 737-7777
    Fax: (202) 296-8312

    /s/ Erik C. Johnson
    Erik C. Johnson
    Littler Mendelson P.C.
    1150 17th Street N.W.
    Suite 900
    Washington D.C. 20036
    ejohnson@littler.com
    Tel: (202) 842-3400
    Fax: (202) 842-0011